**Motion Granted; Abatement Order filed December 10, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00661-CV
NO. 14-11-00662-CV
_____

**ASHISH AND APARNA KAMAT, Appellants/Cross-Appellees**

**V.**

**ASHMITA UNNI PRAKASH, Appellee/Cross-Appellant**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-28312**

---

## ORDER

Both the plaintiff and defendants have appealed the judgment of the court below signed May 3, 2011. We consolidated the appeals and abated them for mediation in August of 2011. Mediation was not successful and the appeals were reinstated in November of 2011. The filing of the appellate record was not completed until August 29, 2012. To date, no briefs have been filed. Both appellants and cross-appellant have requested and been granted extensions of time to file their opening briefs, which are both

currently due December 13, 2012. On December 10, 2012, the Kamats requested a further extension of time to file their brief. We **GRANT** the request for additional time. Because this case is both an appeal and cross-appeal, however, the court prefers that the briefs be filed on a parallel briefing tract. In addition, because this is one of the oldest cases on the court's docket in which briefs have not yet been filed, we request that the parties give due consideration to providing a briefing schedule that can be met with as few further extensions as possible. Accordingly, we **ABATE** the appeal and direct the parties to submit an agreed briefing schedule on or before **January 9, 2013.** If the parties are unable to reach an agreement, the court will set a briefing schedule for them.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket until January 9, 2013**.** The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM

2